UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAVIE HIGTOWER,
    Plaintiff,

-vs-                                      Case No. 2:16-cv-11407
                                            Hon. Laurie J. Michelson

STELLAR RECOVERY, INC.,
    Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Having been advised by the stipulation of the parties below, it is ordered that the claims against Stellar Recovery, Inc. are dismissed with prejudice and without costs, sanctions, or attorney fees to either party.

The Court shall retain jurisdiction only for purposes of enforcing settlement in this matter.

So ordered.

                                                  s/Laurie J. Michelson
                                                  LAURIE J. MICHELSON
                                                  UNITED STATES DISTRICT JUDGE

Dated:  August 15, 2016

Stipulated To By:

| | |
|---|---|
| s/ Michael J. Bonvolanta | s/ with consent Alison N. Emery |
| Michael J. Bonvolanta (P80038) | Alison N. Emery |
| LYNGKLIP & ASSOCIATES | ASSURANCE LAW GROUP |
| CONSUMER LAW CENTER, PLC | Attorney for Defendant |
| Attorney For Plaintiff | 3731 Hendricks Avenue |
| 24500 Northwestern Highway, Ste. 206 | Jacksonville, FL  32207 |
| Southfield, MI 48075 | (904) 497-4904 |
| PH: (248) 208-8864 | alison@assurancelawgroup.com |
| MichaelB@MichiganConsumerLaw.Com | |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 15, 2016.

                                     s/Jane Johnson
                                     Case Manager to
                                     Honorable Laurie J. Michelson